# UNITED STATES DISTRICT COURT

for the

Northern District of New York

KATHERINE MORAN AND KEVIN MORAN )
*Plaintiff* )
v. ) Case No. 1:11-CV-0610 (LEK/DRH)
DePUY ORTHOPEDICS, INC. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Katherine Moran and Kevin Moran

Date: 06/06/2011

*Attorney's signature*

Arthur H. Thorn, Esq., Bar Roll Number 1519545
*Printed name and bar number*

Thorn Gershon Tymann and Bonanni, LLP
5 Wembley Court
Albany, New York 12205-6269
*Address*

arthur.thorn@tglawyers.com
*E-mail address*

(518) 464-6770
*Telephone number*

(518) 464-6778
*FAX number*