**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT NEW YORK** FILED ON: INDEX NO.: 1:11-CV-0610 (LEK DRH)

KATHERINE MORAN AND KEVIN MORAN Plaintiff(s)-Petitioner(s)

-VS-

DEPUY ORTHOPEDICS, INC

Defendant(s)-Respondent(s)

STATE OF NEW YORK }
COUNTY OF SARATOGA ss }

I, Mark E McClosky being duly sworn, deposes and says that deponent is over the age of eighteen years and is not a party in this proceeding and resides in the State of New York

On JUNE 8, 2011 at 12:55 PM
Deponent served a true copy of **SUMMONS AND COMPLAINT, CIVIL COVER SHEET AND NOTICE**
bearing index number: 1:11-CV-0610 and date of filing:
upon **DEPUY ORTHOPAEDICS, INC. s/h/a DEPUY ORTHOPEDICS, INC.**
at address: **SECRETARY OF STATE, 99 WASHINGTON AVE.**
City & State: **ALBANY, NY. 122210**

MANNER OF SERVICE}

***PERSONAL***

☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served

***SUITABLE AGE PERSON***

☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion

***AUTHORIZED AGENT***

[X] By delivering and leaving with} **LISA VORRARO, BUSINESS DOCUMENT SPECIALIST** the agent for service on the person in this proceeding designated under Rule 306 BCL. Service having been made to such person at the place, date and time above

***AFFIXING TO DOOR, ETC.***

☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

***MAILING***

☐ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service The package was labeled "Personal & Confidential" and mailed to the person stated above at address
on The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient The envelope was mailed by__first class mail__certified mail__registered mail __return receipt requested

Deponent further states upon information and belief that said person so served is not in the Military service of the State of or the United States as the term is defined in either State or Federal statutes

DESCRIPTION} deponent describes the person actually served as:
Sex: FEMALE Race/Skin Color: WHITE Hair Color: BROWN
Approximate Age: 45 years Approximate Height: 5'3" Approximate Weight: 145 pounds
Other:

Subscribed and sworn before me on} JUNE 8, 2011

Karen E Rock #01R06065213
Notary Public, State of New York
Qualified in Schenectady County
Commission Expires: 10/09/2013

Mark E. McClosky
Deponent

**affidavit number** 11-27013
**NLS #** 11-4337

**FIRM FILE # PL 7104**