PATTERSON BELKNAP WEBB & TYLER LLP
John D. Winter
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Attorneys for Defendant
DePuy Orthopaedics, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE MORAN and KEVIN MORAN,<br><br>Plaintiffs,<br><br>-against-<br><br>DePUY ORTHOPAEDICS, INC.,<br><br>Defendant. | **1:11-CV-0610 (LEK/DRH)**<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO MOVE OR OTHERWISE PLEAD TO PLAINTIFFS' COMPLAINT** |

We, the attorneys for the respective parties, do hereby stipulate that Defendant DePuy Orthopaedics, Inc. may have additional time to answer or move with respect to Plaintiff's Complaint and the time for which to answer or move is hereby extended for 30 days from the date of this stipulation.

*/s/ John D. Winter*
John D. Winter
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
jwinter@pbwt.com
Attorneys for Defendant
DePuy Orthopedics, Inc.

4843733v 1

/s/ Amanda Kuryluk 7/14/2011

Amanda Kuryluk
THORN, GERSHON, TYMANN
& BONANNI, LLP
5 Wembley Court, PO Box 15054
Albany, New York 12212-5054
Telephone: (518) 464-6770
amanda.kuryluk@tglawyers.com
Attorneys for Plaintiffs

GRANTED.

David R Homer
U.S.M.J.
7/18/11



4843733v 1